# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                         Chapter 13

                         Bankruptcy No. 12-17961-MDC

ROBERT M OSBORNE

2309 WOODLAND ROAD

ABINGTON, PA 19001

       Debtor

## CERTIFICATE OF SERVICE

     **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ROBERT M OSBORNE

2309 WOODLAND ROAD

ABINGTON, PA 19001

Counsel for debtor(s), by electronic notice only.

BRIAN JOSEPH SMITH
140 E BUTLER AV
P.O. BOX 387
AMBLER, PA 19002-0387

Date: 1/23/2018

               /S/ William C. Miller
               _____

               William C. Miller, Esquire
               Chapter 13 Standing Trustee