United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-17961-mdc
Robert M. Osborne                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD          Page 1 of 2          Date Rcvd: May 16, 2018
                                Form ID: 138NEW       Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
```
db          +Robert M. Osborne,    2309 Woodland Road,    Roslyn, PA 19001-2422
12839702    +ALLIANCE CAPITAL MANAGEMENT,    1597 WASHINGTON PIKE APT/STE B14,    BRIDGEVILLE, PA 15017-2876
12839703    +BLUESTONE INVESTMENTS,    C/O AMATO AND ASSOCIATES,    107 N. COMMERCE WAY, SUITE 100,
             BETHLEHEM, PA 18017-8913
12839704    +Citibank,    700 Haddonfield-Berlin Road,    Vorhees, NJ 08043-4305
12839705    +HUDSON AND KEYSE, LLC,    C/O AMATO AND ASSOCIATES,    107 N. COMMERCE WAY, SUITE100,
             BETHLEHEM, PA 18017-8913
12839707    +Raymour And Flanagan,    Wells Fargo Financial National Bank,    P.O. Box 94498,
             Las Vegas, NV 89193-4498
12965120    +TruMark Financial,    Credit Union,    1000 Northbrook Drive,    Trevose, PA 19053-8430
12839708    +Trumark Fin,    1000 Northbrook Dr,    Trevose, PA 19053-8430
13173200    +U.S. Bank National Association as Trustee for Penn,    211 North Front Street,
             Harrisburg, PA 17101-1406,    Attn: ALSV/ Anne
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 17 2018 02:23:14     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2018 02:22:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2018 02:22:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12887480       +E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2018 02:25:06     LVNV Funding LLC,
                 c/o Resurgent Capital Services, LP,    P O Box 10675,    Greenville SC 29603-0675
12888896        E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2018 02:25:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12895832        E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2018 02:25:06
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                 Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12839706       +E-mail/Text: blegal@phfa.org May 17 2018 02:22:31     PHFA,    211 N. Front Street,
                 Harrisburg, PA 17101-1466
12857798        E-mail/Text: bnc-quantum@quantum3group.com May 17 2018 02:21:51     Quantum3 Group LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
12839709       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 17 2018 02:21:31
                 Verizon Wirelss,    2000 Corporate Dr,    Orangeburg, NY 10962-2624
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRIAN JOSEPH SMITH    on behalf of Debtor Robert M. Osborne bsmith@lawbjs.com,
               josephdiorioesq@gmail.com;bjsmithesqecf1@gmail.com;smithbr42150@notify.bestcase.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JOSEPH A. DIORIO    on behalf of Debtor Robert M. Osborne josephdiorioesq@gmail.com,
               bjsmithesqecf1@gmail.com;bsmith@lawbjs.com;r42150@notify.bestcase.com
```

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                  Date Rcvd: May 16, 2018
                              Form ID: 138NEW             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
        LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                     TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Robert M. Osborne

    Debtor(s)

Bankruptcy No: 12–17961–mdc

Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 5/16/18