United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-17961-mdc
Robert M. Osborne                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2           Date Rcvd: Jul 30, 2018
                              Form ID: 206            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2018.
```
db              +Robert M. Osborne,    2309 Woodland Road,    Roslyn, PA 19001-2422
12839702        +ALLIANCE CAPITAL MANAGEMENT,    1597 WASHINGTON PIKE APT/STE B14,    BRIDGEVILLE, PA 15017-2876
12839703        +BLUESTONE INVESTMENTS,    C/O AMATO AND ASSOCIATES,    107 N. COMMERCE WAY, SUITE 100,
                  BETHLEHEM, PA 18017-8913
12839704        +Citibank,    700 Haddonfield-Berlin Road,    Vorhees, NJ 08043-4305
12839705        +HUDSON AND KEYSE, LLC,    C/O AMATO AND ASSOCIATES,    107 N. COMMERCE WAY, SUITE100,
                  BETHLEHEM, PA 18017-8913
12839707        +Raymour And Flanagan,    Wells Fargo Financial National Bank,    P.O. Box 94498,
                  Las Vegas, NV 89193-4498
12965120        +TruMark Financial,    Credit Union,    1000 Northbrook Drive,    Trevose, PA 19053-8430
12839708        +Trumark Fin,    1000 Northbrook Dr,    Trevose, PA 19053-8430
13173200        +U.S. Bank National Association as Trustee for Penn,    211 North Front Street,
                  Harrisburg, PA 17101-1406,    Attn: ALSV/ Anne
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jul 31 2018 02:00:00     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2018 01:59:43
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 31 2018 01:59:56     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12887480        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2018 02:10:16     LVNV Funding LLC,
                  c/o Resurgent Capital Services, LP,    P O Box 10675,    Greenville SC 29603-0675
12888896         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2018 02:10:13
                  LVNV Funding, LLC its successors and assigns as,    assignee of Citibank,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12895832         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2018 02:10:14
                  LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                  Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12839706        +E-mail/Text: blegal@phfa.org Jul 31 2018 01:59:51     PHFA,    211 N. Front Street,
                  Harrisburg, PA 17101-1466
12857798         E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2018 01:59:39     Quantum3 Group LLC,
                  PO Box 788,    Kirkland, WA  98083-0788
12839709        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 31 2018 01:59:32
                  Verizon Wirelss,    2000 Corporate Dr,    Orangeburg, NY 10962-2624
                                                                                              TOTAL: 9
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2018 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association
           agornall@kmllawgroup.com,     bkgroup@kmllawgroup.com
          BRIAN JOSEPH SMITH    on behalf of Debtor Robert M. Osborne bsmith@lawbjs.com,
           josephdiorioesq@gmail.com;bjsmithesqecf1@gmail.com;smithbr42150@notify.bestcase.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          JOSEPH A. DIORIO    on behalf of Debtor Robert M. Osborne josephdiorioesq@gmail.com,
           bjsmithesqecf1@gmail.com;bsmith@lawbjs.com;r42150@notify.bestcase.com
```

```
District/off: 0313-2          User: YvetteWD             Page 2 of 2                  Date Rcvd: Jul 30, 2018
                              Form ID: 206               Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          LEON P. HALLER   on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
          LEON P. HALLER   on behalf of Creditor   U.S. Bank National Association lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
          THOMAS I. PULEO   on behalf of Creditor   U.S. Bank National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com

                                                                                                                                                                                                  TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert M. Osborne                                                                           Case No: 12−17961−mdc

    Debtor(s)

_____

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐    Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑    Debtor has not certified that all domestic support obligations due have been paid.

Dated: 7/30/18

For The Court

Timothy B. McGrath
Clerk of Court

113
Form 206